# Exhibit B

| | |
|---|---|
| **From:** | Rainer, Stefan |
| **To:** | Stefan Rainer |
| **Subject:** | *secure* Most popular ETF"s and ETF |
| **Date:** | Wednesday, March 12, 2025 11:37:10 PM |
| **Attachments:** | image001.png |
| | Most Important ETFs.xlsx |
| | Financial Planning Calculator.xlsx |
| | SMAN.xlsx |

Please let us know how I can help you and the people you care for doing what I do.

Sincerely,

*Stefan*

Stefan Rainer
**Senior Vice President**
*Wealth Advisor*
Office: (256) 532-0104
Cell: 256-578-1761

stefan.rainer@pnc.com

*PNC Investments*

114 Governors Drive SE, 2nd floor
Huntsville, AL 35801
G8-E072-01-1


"Caution: Electronic Mail (e-mail) sent through the Internet may not be secure and could be intercepted by a third party. For your protection avoid sending confidential or proprietary information, or identifying information such as account or social security numbers to others or us. Further, do not send time sensitive, action oriented messages such as orders to buy or sell securities, fund transfer instructions, and check stop payments, etc., as it is our policy not to accept such items via e-mail. All security prices, yields and availability are subject to change. PNCI reserves and intends to exercise the right to review e-mail communications.  Not FDIC Insured - Not Bank Guaranteed - Not A Deposit - Not Insured By Any Federal Government Agency - May Lose Value "

Case 2:25-cv-00766-RJC    Document 1-3    Filed 06/05/25    Page 3 of 3