# Exhibit C



Reference #: SIR-INV-CASE-92160

PNC is required by federal law to protect the confidentiality and security of customer information. We have determined that you recently received information relating to another PNC customer. We are requesting your assistance in mitigating any potential risk to the misdirected information.

| **INSTRUCTIONS** |
|---|

Please fill in the contact information and sign below acknowledging the following:

1. All electronic copies of the information have been securely deleted from relevant systems, applications, and emails.

2. All physical copies of the information have been returned to PNC or securely shredded.

3. The misdirected information has not been shared or disclosed with any other person or entity, and will not be further used or disclosed for any purpose.

| **CONTACT INFORMATION** |
|---|

Name: STEFAN RAINER

Address: 114 GOVERNORS DRIVE, HUNTSVILLE, AL 35801

Phone: 256-532-0104        Email: STEFAN.RAINER@PNC.COM

| **ACKNOWLEDGEMENT** |
|---|

I hereby acknowledge that all copies of the misdirected information have been securely deleted from systems, returned to PNC, or securely destroyed and that misdirected information has not been used/disclosed and will not be further used/disclosed for any purpose.

Signature: _[signed]_        Date: 04/09/2025

PNC Confidential