# Exhibit D

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | | | | | CAN BE EDITED | | | | | EMAIL | | AGE |
| 4 | | | | | FORMULAS | | | | | | | |
| 5 | 0 | L PROfile | th tab full | | Primary Name | ousehold name/ BOB NAM | Spoken To | Ref. Acct Nr. | Lookup # | Email | Call on 3/4-3/5 -2025 | BD |
| 6 | | | | | | | | 9687 | | | Yes,3/6/2025 | |
| 7 | | | | | | | | 4649 | | | Yes,3/6/2025 | |
| 8 | | | | | | | | 9501 | | | Yes,3/4/2025 | |
| 9 | | | | | | | | 6103 | | | Yes,3/4/2025 | |
| 10 | | | | | | | | 1058 | | | Yes,3/4/2025 | |
| 11 | | | | | | | | 2393 | | | Yes,3/4/2025 | |
| 12 | | | | | | | | 7727 | | | Yes,3/4/2025 | |
| 13 | | | | | | | | 2637 | | | Yes,3/4/2025 | |
| 14 | | | | | | | | 7037 | | | Yes,3/4/2025 | |
| 15 | | | | | | | | 9986 | | | Yes,3/4/2025 | |
| 16 | | | | | | | | 7818 | | | Yes,3/11 | |
| 17 | | | | | | | | 9264 | | | Yes, sent tax info | |
| 18 | | | | | | | | 4484 | | | Yes, sent email | |
| 19 | | | | | | | | 3386 | | | Yes, met with | |
| 20 | | | | | | | | 6325 | | | Yes, met with | |
| 21 | | | | | | | | 7890 | | | Yes, met with | |
| 22 | | | | | | | | 5835 | | | Yes, met with | |
| 23 | | | | | | | | 1610 | | | Yes, left vm | |
| 24 | | | | | | | | 0742 | | | Yes, left vm | |
| 25 | | | | | | | | 8272 | | | Yes, 3/7/2025 | |
| 26 | | | | | | | | 7816 | | | Yes, 3/7/2025 | |
| 27 | | | | | | | | 1552 | | | Yes, 3/6/2025 | |
| 28 | | | | | | | | 3967 | | | Yes, 3/6/2025 | |
| 29 | | | | | | | | 9514 | | | Yes, 3/6/2025 | |
| 30 | | | | | | | | 9571 | | | Yes, 3/6/2025 | |
| 31 | | | | | | | | 2396 | | | Yes, 3/6/2025 | |
| 32 | | | | | | | | 8923 | | | Yes, 3/6/2025 | |
| 33 | | | | | | | | 9521 | | | Yes, 3/6/2025 | |
| 34 | | | | | | | | 7783 | | | Yes, 3/6/2025 | |
| 35 | | | | | | | | 6093 | | | Yes, 3/6/2025 | |
| 36 | | | | | | | | 2172 | | | Yes, 3/6/2025 | |
| 37 | | | | | | | | 3270 | | | Yes, 3/6/2025 | |
| 38 | | | | | | | | 6346 | | | Yes, 3/6/2025 | |
| 39 | | | | | | | | 1743 | | | Yes, 3/6/2025 | |
| 40 | | | | | | | | 6278 | | | Yes, 3/6/2025 | |
| 41 | | | | | | | | 4593 | | | Yes, 3/6/2025 | |
| 42 | | | | | | | | 5574 | | | Yes, 3/6/2025 | |
| 43 | | | | | | | | 0217 | | | Yes, 3/6 | |
| 44 | | | | | | | | 2247 | | | Yes, 3/6 | |
| 45 | | | | | | | | 6956 | | | Yes, 3/6 | |
| 46 | | | | | | | | 1139 | | | Yes, 3/6 | |
| 47 | | | | | | | | 1628 | | | Yes, 3/6 | |
| 48 | | | | | | | | 2513 | | | Yes, 3/6 | |
| 49 | | | | | | | | 5485 | | | Yes, 3/6 | |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | | | | | | | | 8703 | | | Yes, 3/5/2025 - with Patr | |
| 51 | | | | | | | | 6739 | | | Yes, 3/5/2025 | |
| 52 | | | | | | | | 7104 | | | Yes, 3/5/2025 | |
| 53 | | | | | | | | 2974 | | | Yes, 3/5/2025 | |
| 54 | | | | | | | | 4021 | | | Yes, 3/5/2025 | |
| 55 | | | | | | | | 3746 | | | Yes, 3/5/2025 | |
| 56 | | | | | | | | 8298 | | | Yes, 3/5/2025 | |
| 57 | | | | | | | | 2037 | | | Yes, 3/5/2024 | |
| 58 | | | | | | | | 4049 | | | Yes, 3/5/2024 | |
| 59 | | | | | | | | 8876 | | | Yes, 3/5 | |
| 60 | | | | | | | | 8898 | | | Yes, 3/5 | |
| 61 | | | | | | | | 9786 | | | Yes, 3/4/2025 - sent boo | |
| 62 | | | | | | | | 6390 | | | Yes, 3/4/2025 | |
| 63 | | | | | | | | 5708 | | | Yes, 3/4/2025 | |
| 64 | | | | | | | | 7319 | | | Yes, 3/4/2025 | |
| 65 | | | | | | | | 4847 | | | Yes, 3/4/2025 | |
| 66 | | | | | | | | 4821 | | | Yes, 3/4/2025 | |
| 67 | | | | | | | | 8905 | | | Yes, 3/4/2025 | |
| 68 | | | | | | | | 8081 | | | Yes, 3/4/2025 | |
| 69 | | | | | | | | 0149 | | | Yes, 3/4/2025 | |
| 70 | | | | | | | | 5229 | | | Yes, 3/4/2025 | |
| 71 | | | | | | | | 1285 | | | Yes, 3/4/2025 | |
| 72 | | | | | | | | 3062 | | | Yes, 3/11/2025 | |
| 73 | | | | | | | | 9637 | | | Yes, 3/11/2025 | |
| 74 | | | | | | | | 3366 | | | Yes, 3/11/2025 | |
| 75 | | | | | | | | 9838 | | | Yes, 3/11/2025 | |
| 76 | | | | | | | | 2090 | | | Yes, 3/11/2025 | |
| 77 | | | | | | | | 2345 | | | Yes, 3/11/2025 | |
| 78 | | | | | | | | 2944 | | | Yes, 3/11/2025 | |
| 79 | | | | | | | | 2797 | | | Yes, 3/11/2025 | |
| 80 | | | | | | | | 4329 | | | Yes, 3/11/2024 | |
| 81 | | | | | | | | 3010 | | | Yes, 3/11,2025 | |
| 82 | | | | | | | | 4637 | | | Yes, 3/11 | |
| 83 | | | | | | | | 7466 | | | Yes, 3/11 | |
| 84 | | | | | | | | 4473 | | | Yes, 3/11 | |
| 85 | | | | | | | | 9341 | | | Yes, 3/11 | |
| 86 | | | | | | | | 2478 | | | Yes, 3/11 | |
| 87 | | | | | | | | 9552 | | | Yes, 3/11 | |
| 88 | | | | | | | | 1718 | | | Yes, 3/11 | |
| 89 | | | | | | | | 4757 | | | Yes, 3/10/2025 | |
| 90 | | | | | | | | 6976 | | | Yes, 3/1/2025 | |
| 91 | | | | | | | | 3427 | | | Yes, 3/1/2025 | |
| 92 | | | | | | | | 6604 | | | Yes, 3/1/2025 | |
| 93 | | | | | | | | 8040 | | | Yes, 3/1/2025 | |
| 94 | | | | | | | | 8027 | | | Yes, 3/06 | |
| 95 | | | | | | | | 2269 | | | Yes' 3/11/2025 | |
| 96 | | | | | | | | 2222 | | | Left vm | |
| 97 | | | | | | | | 4278 | | | Left vm | |
| 98 | | | | | | | | 8734 | | | Left vm | |

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | | | | | | | 8734 | | | Left vm | |
| 100 | | | | | | | 8274 | | | Left vm | |
| 101 | | | | | | | 8067 | | | Left vm | |
| 102 | | | | | | | 6354 | | | Left vm | |
| 103 | | | | | | | 7813 | | | | |
| 104 | | | | | | | 9151 | | | | |
| 105 | | | | | | | 6709 | | | | |
| 106 | | | | | | | 2587 | | | | |
| 107 | | | | | | | 6232 | | | | |
| 108 | | | | | | | 6862 | | | | |
| 109 | | | | | | | 4399 | | | | |
| 110 | | | | | | | 4225 | | | | |
| 111 | | | | | | | 6309 | | | | |
| 112 | | | | | | | 6434 | | | | |
| 113 | | | | | | | 1396 | | | | |
| 114 | | | | | | | 6229 | | | | |
| 115 | | | | | | | 5545 | | | | |
| 116 | | | | | | | 3231 | | | | |
| 117 | | | | | | | 7902 | | | | |
| 118 | | | | | | | 7702 | | | | |
| 119 | | | | | | | 9405 | | | | |
| 120 | | | | | | | 1600 | | | | |
| 121 | | | | | | | 6814 | | | | |
| 122 | | | | | | | 5627 | | | | |
| 123 | | | | | | | 4518 | | | | |
| 124 | | | | | | | 3636 | | | | |
| 125 | | | | | | | 7854 | | | | |
| 126 | | | | | | | 2337 | | | | |
| 127 | | | | | | | 3007 | | | | |
| 128 | | | | | | | 6616 | | | | |
| 129 | | | | | | | 2763 | | | | |
| 130 | | | | | | | 9457 | | | | |
| 131 | | | | | | | 7031 | | | | |
| 132 | | | | | | | 9827 | | | | |
| 133 | | | | | | | 2829 | | | | |
| 134 | | | | | | | 8390 | | | | |
| 135 | | | | | | | 1710 | | | | |
| 136 | | | | | | | 6277 | | | | |
| 137 | | | | | | | 4927 | | | | |
| 138 | | | | | | | 5772 | | | | |
| 139 | | | | | | | 6256 | | | | |
| 140 | | | | | | | 0196 | | | | |
| 141 | | | | | | | 0626 | | | | |
| 142 | | | | | | | 8991 | | | | |
| 143 | | | | | | | 0964 | | | | |
| 144 | | | | | | | 6306 | | | | |
| 145 | | | | | | | 0549 | | | | |
| 146 | | | | | | | 2503 | | | | |
| 147 | | | | | | | 6954 | | | | |

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 148 | | | | | | | 1542 | | | | |
| 149 | | | | | | | 1543 | | | | |
| 150 | | | | | | | 1295 | | | | |
| 151 | | | | | | | 2368 | | | | |
| 152 | | | | | | | 1515 | | | | |
| 153 | | | | | | | 1682 | | | | |
| 154 | | | | | | | 5506 | | | | |
| 155 | | | | | | | 6809 | | | | |
| 156 | | | | | | | 9376 | | | | |
| 157 | | | | | | | 1954 | | | | |
| 158 | | | | | | | 0465 | | | | |
| 159 | | | | | | | 3701 | | | | |
| 160 | | | | | | | 8713 | | | | |
| 161 | | | | | | | 5114 | | | | |
| 162 | | | | | | | 0764 | | | | |
| 163 | | | | | | | 8377 | | | | |
| 164 | | | | | | | 6155 | | | | |
| 165 | | | | | | | 5566 | | | | |
| 166 | | | | | | | 5738 | | | | |
| 167 | | | | | | | 5963 | | | | |
| 168 | | | | | | | 4481 | | | | |
| 169 | | | | | | | 7744 | | | | |
| 170 | | | | | | | 4948 | | | | |
| 171 | | | | | | | 7881 | | | | |
| 172 | | | | | | | 6515 | | | | |
| 173 | | | | | | | 1953 | | | | |
| 174 | | | | | | | 2428 | | | | |
| 175 | | | | | | | 1969 | | | | |
| 176 | | | | | | | 5782 | | | | |
| 177 | | | | | | | 2442 | | | | |
| 178 | | | | | | | 9690 | | | | |
| 179 | | | | | | | 7016 | | | | |
| 180 | | | | | | | 3005 | | | | |
| 181 | | | | | | | 3733 | | | | |
| 182 | | | | | | | 2856 | | | | |
| 183 | | | | | | | 5350 | | | | |
| 184 | | | | | | | 3813 | | | | |
| 185 | | | | | | | 1772 | | | | |
| 186 | | | | | | | 3815 | | | | |
| 187 | | | | | | | 0002 | | | | |
| 188 | | | | | | | 8809 | | | | |
| 189 | | | | | | | 2053 | | | | |
| 190 | | | | | | | 4716 | | | | |
| 191 | | | | | | | 0563 | | | | |
| 192 | | | | | | | 9199 | | | | |
| 193 | | | | | | | 0051 | | | | |
| 194 | | | | | | | 4034 | | | | |
| 195 | | | | | | | 1540 | | | | |
| 196 | | | | | | | 8600 | | | | |

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 197 | | | | | | | 2476 | | | | |
| 198 | | | | | | | 6645 | | | | |
| 199 | | | | | | | 1927 | | | | |
| 200 | | | | | | | 8805 | | | | |
| 201 | | | | | | | 0652 | | | | |
| 202 | | | | | | | 2901 | | | | |
| 203 | | | | | | | 1833 | | | | |
| 204 | | | | | | | 3781 | | | | |
| 205 | | | | | | | 7001 | | | | |
| 206 | | | | | | | 9914 | | | | |
| 207 | | | | | | | 2753 | | | | |
| 208 | | | | | | | 1959 | | | | |
| 209 | | | | | | | 9375 | | | | |
| 210 | | | | | | | 4654 | | | | |
| 211 | | | | | | | 5140 | | | | |
| 212 | | | | | | | 5315 | | | | |
| 213 | | | | | | | 6583 | | | | |
| 214 | | | | | | | 6317 | | | | |
| 215 | | | | | | | 9892 | | | | |
| 216 | | | | | | | 2531 | | | | |
| 217 | | | | | | | 4908 | | | | |
| 218 | | | | | | | 8905 | | | | |
| 219 | | | | | | | 1285 | | | | |
| 220 | | | | | | | 3991 | | | | |
| 221 | | | | | | | 5815 | | | | |
| 222 | | | | | | | 6247 | | | | |
| 223 | | | | | | | 8995 | | | | |
| 224 | | | | | | | 9520 | | | | |
| 225 | | | | | | | 9463 | | | | |
| 226 | | | | | | | 3174 | | | | |
| 227 | | | | | | | 6874 | | | | |
| 228 | | | | | | | 5731 | | | | |
| 229 | | | | | | | 4703 | | | | |
| 230 | | | | | | | 8340 | | | | |
| 231 | | | | | | | 0472 | | | | |
| 232 | | | | | | | 8195 | | | | |
| 233 | | | | | | | 0758 | | | | |
| 234 | | | | | | | 5538 | | | | |
| 235 | | | | | | | 9070 | | | | |
| 236 | | | | | | | 0192 | | | | |
| 237 | | | | | | | 6719 | | | | |
| 238 | | | | | | | 0679 | | | | |
| 239 | | | | | | | 1570 | | | | |
| 240 | | | | | | | 4268 | | | | |
| 241 | | | | | | | 4033 | | | | |
| 242 | | | | | | | 2721 | | | | |
| 243 | | | | | | | 8557 | | | | |
| 244 | | | | | | | 1886 | | | | |
| 245 | | | | | | | 3265 | | | | |

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 246 | | | | | | | 4655 | | | | |
| 247 | | | | | | | 6579 | | | | |
| 248 | | | | | | | 7373 | | | | |
| 249 | | | | | | | 9443 | | | | |
| 250 | | | | | | | 7019 | | | | |
| 251 | | | | | | | 7997 | | | | |
| 252 | | | | | | | 7997 | | | | |
| 253 | | | | | | | 6085 | | | | |
| 254 | | | | | | | 4337 | | | | |
| 255 | | | | | | | 1605 | | | | |
| 256 | | | | | | | 7617 | | | | |
| 257 | | | | | | | 0074 | | | | |
| 258 | | | | | | | 8581 | | | | |
| 259 | | | | | | | | | | | |
| 260 | | | | | | | | | | | |
| 261 | | | | | | | | | | | |
| 262 | | | | | | | | | | | |
| 263 | | | | | | | | | | | |
| 264 | | | | | | | | | | | |
| 265 | | | | | | | | | | | |
| 266 | | | | | | | | | | | |
| 267 | | | | | | | | | | | |
| 268 | | | | | | | | | | | |
| 269 | | | | | | | | | | | |
| 270 | | | | | | | | | | | |
| 271 | | | | | | | | | | | |
| 272 | | | | | | | | | | | |

| | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | M |
| 2 | | | | | | | | | Y |
| 3 | | - | | LETTERS | | | | | F |
| 4 | 85 | | | | | | | | |
| 5 | BD month | Age | | Cust. Name | Address | Town | State | Exclude in net worth | Y/M/N |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | Y |
| 8 | | | | | | | | | M |
| 9 | | | | | | | | | Y |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | Y |
| 12 | | | | | | | | | Y |
| 13 | | | | | | | | | Y |
| 14 | | | | | | | | | Y |
| 15 | | | | | | | | | Y |
| 16 | | | | | | | | | M |
| 17 | | | | | | | | | M |
| 18 | | | | | | | | | Y |
| 19 | | | | | | | | | Y |
| 20 | | | | | | | | | Y |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | Y |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | Y |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | M |
| 27 | | | | | | | | | Y |
| 28 | | | | | | | | | Y |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | Y |
| 31 | | | | | | | | | Y |
| 32 | | | | | | | | | Y |
| 33 | | | | | | | | | Y |
| 34 | | | | | | | | | Y |
| 35 | | | | | | | | | Y |
| 36 | | | | | | | | | |
| 37 | | | | | | | | | M |
| 38 | | | | | | | | | Y |
| 39 | | | | | | | | | M |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | Y |
| 42 | | | | | | | | | Y |
| 43 | | | | | | | | | N |
| 44 | | | | | | | | | M |
| 45 | | | | | | | | | Y |
| 46 | | | | | | | | | Y |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | Y |
| 49 | | | | | | | | | Y |

| | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|
| 50 | | | | | | | | | M |
| 51 | | | | | | | | | M |
| 52 | | | | | | | | | M |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | Y |
| 56 | | | | | | | | | Y |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | Y |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | Y |
| 61 | | | | | | | | | M |
| 62 | | | | | | | | | Y |
| 63 | | | | | | | | | Y |
| 64 | | | | | | | | | M |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | Y |
| 67 | | | | | | | | | Y |
| 68 | | | | | | | | | N |
| 69 | | | | | | | | | Y |
| 70 | | | | | | | | | |
| 71 | | | | | | | | | |
| 72 | | | | | | | | | N |
| 73 | | | | | | | | | Y |
| 74 | | | | | | | | | |
| 75 | | | | | | | | | Y |
| 76 | | | | | | | | | M |
| 77 | | | | | | | | | M |
| 78 | | | | | | | | | |
| 79 | | | | | | | | | Y |
| 80 | | | | | | | | | Y |
| 81 | | | | | | | | | Y |
| 82 | | | | | | | | | Y |
| 83 | | | | | | | | | Y |
| 84 | | | | | | | | | M |
| 85 | | | | | | | | | M |
| 86 | | | | | | | | | Y |
| 87 | | | | | | | | | Y |
| 88 | | | | | | | | | Y |
| 89 | | | | | | | | | M |
| 90 | | | | | | | | | Y |
| 91 | | | | | | | | | Y |
| 92 | | | | | | | | | M |
| 93 | | | | | | | | | |
| 94 | | | | | | | | | Y |
| 95 | | | | | | | | | M |
| 96 | | | | | | | | | M |
| 97 | | | | | | | | | Y |
| 98 | | | | | | | | | M |

| | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|
| 99 | | | | | | | | | |
| 100 | | | | | | | | | Y |
| 101 | | | | | | | | | Y |
| 102 | | | | | | | | | M |
| 103 | | | | | | | | | M |
| 104 | | | | | | | | | M |
| 105 | | | | | | | | | M |
| 106 | | | | | | | | | M |
| 107 | | | | | | | | | M |
| 108 | | | | | | | | | M |
| 109 | | | | | | | | | Y |
| 110 | | | | | | | | | M |
| 111 | | | | | | | | | Y |
| 112 | | | | | | | | | M |
| 113 | | | | | | | | | N |
| 114 | | | | | | | | | Y |
| 115 | | | | | | | | | Y |
| 116 | | | | | | | | | Y |
| 117 | | | | | | | | | M |
| 118 | | | | | | | | | Y |
| 119 | | | | | | | | | Y |
| 120 | | | | | | | | | N |
| 121 | | | | | | | | | M |
| 122 | | | | | | | | | Y |
| 123 | | | | | | | | | M |
| 124 | | | | | | | | | |
| 125 | | | | | | | | | Y |
| 126 | | | | | | | | | Y |
| 127 | | | | | | | | | Y |
| 128 | | | | | | | | | M |
| 129 | | | | | | | | | |
| 130 | | | | | | | | | M |
| 131 | | | | | | | | | M |
| 132 | | | | | | | | | Y |
| 133 | | | | | | | | | M |
| 134 | | | | | | | | | M |
| 135 | | | | | | | | | M |
| 136 | | | | | | | | | |
| 137 | | | | | | | | | M |
| 138 | | | | | | | | | |
| 139 | | | | | | | | | N |
| 140 | | | | | | | | | Y |
| 141 | | | | | | | | | Y |
| 142 | | | | | | | | | Y |
| 143 | | | | | | | | | Y |
| 144 | | | | | | | | | Y |
| 145 | | | | | | | | | Y |
| 146 | | | | | | | | | M |
| 147 | | | | | | | | | Y |

| | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|
| 148 | | | | | | | | | |
| 149 | | | | | | | | | M |
| 150 | | | | | | | | | M |
| 151 | | | | | | | | | M |
| 152 | | | | | | | | | |
| 153 | | | | | | | | | Y |
| 154 | | | | | | | | | M |
| 155 | | | | | | | | | M |
| 156 | | | | | | | | | M |
| 157 | | | | | | | | | M |
| 158 | | | | | | | | | M |
| 159 | | | | | | | | | Y |
| 160 | | | | | | | | | |
| 161 | | | | | | | | | M |
| 162 | | | | | | | | | M |
| 163 | | | | | | | | | M |
| 164 | | | | | | | | | M |
| 165 | | | | | | | | | Y |
| 166 | | | | | | | | | M |
| 167 | | | | | | | | | M |
| 168 | | | | | | | | | M |
| 169 | | | | | | | | | M |
| 170 | | | | | | | | | M |
| 171 | | | | | | | | | M |
| 172 | | | | | | | | | M |
| 173 | | | | | | | | | M |
| 174 | | | | | | | | | M |
| 175 | | | | | | | | | M |
| 176 | | | | | | | | | Y |
| 177 | | | | | | | | | M |
| 178 | | | | | | | | | M |
| 179 | | | | | | | | | M |
| 180 | | | | | | | | | M |
| 181 | | | | | | | | | M |
| 182 | | | | | | | | | M |
| 183 | | | | | | | | | M |
| 184 | | | | | | | | | M |
| 185 | | | | | | | | | M |
| 186 | | | | | | | | | M |
| 187 | | | | | | | | | M |
| 188 | | | | | | | | | M |
| 189 | | | | | | | | | M |
| 190 | | | | | | | | | M |
| 191 | | | | | | | | | Y |
| 192 | | | | | | | | | Y |
| 193 | | | | | | | | | Y |
| 194 | | | | | | | | | M |
| 195 | | | | | | | | | M |
| 196 | | | | | | | | | M |

| | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|
| 197 | | | | | | | | | M |
| 198 | | | | | | | | | M |
| 199 | | | | | | | | | M |
| 200 | | | | | | | | | M |
| 201 | | | | | | | | | M |
| 202 | | | | | | | | | N |
| 203 | | | | | | | | | N |
| 204 | | | | | | | | | M |
| 205 | | | | | | | | | M |
| 206 | | | | | | | | | M |
| 207 | | | | | | | | | Y |
| 208 | | | | | | | | | M |
| 209 | | | | | | | | | Y |
| 210 | | | | | | | | | Y |
| 211 | | | | | | | | | M |
| 212 | | | | | | | | | Y |
| 213 | | | | | | | | | Y |
| 214 | | | | | | | | | M |
| 215 | | | | | | | | | M |
| 216 | | | | | | | | | M |
| 217 | | | | | | | | | M |
| 218 | | | | | | | | | M |
| 219 | | | | | | | | | M |
| 220 | | | | | | | | | M |
| 221 | | | | | | | | | M |
| 222 | | | | | | | | | Y |
| 223 | | | | | | | | | Y |
| 224 | | | | | | | | | M |
| 225 | | | | | | | | | M |
| 226 | | | | | | | | | Y |
| 227 | | | | | | | | | M |
| 228 | | | | | | | | | M |
| 229 | | | | | | | | | N |
| 230 | | | | | | | | | M |
| 231 | | | | | | | | | M |
| 232 | | | | | | | | | M |
| 233 | | | | | | | | | M |
| 234 | | | | | | | | | M |
| 235 | | | | | | | | | M |
| 236 | | | | | | | | | M |
| 237 | | | | | | | | | M |
| 238 | | | | | | | | | M |
| 239 | | | | | | | | | M |
| 240 | | | | | | | | | Y |
| 241 | | | | | | | | | M |
| 242 | | | | | | | | | M |
| 243 | | | | | | | | | M |
| 244 | | | | | | | | | M |
| 245 | | | | | | | | | M |

| | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|
| 246 | | | | | | | | | M |
| 247 | | | | | | | | | Y |
| 248 | | | | | | | | | Y |
| 249 | | | | | | | | | M |
| 250 | | | | | | | | | M |
| 251 | | | | | | | | | M |
| 252 | | | | | | | | | M |
| 253 | | | | | | | | | M |
| 254 | | | | | | | | | M |
| 255 | | | | | | | | | M |
| 256 | | | | | | | | | Y |
| 257 | | | | | | | | | M |
| 258 | | | | | | | | | Y |
| 259 | | | | | | | | | |
| 260 | | | | | | | | | |
| 261 | | | | | | | | | |
| 262 | | | | | | | | | |
| 263 | | | | | | | | | |
| 264 | | | | | | | | | |
| 265 | | | | | | | | | |
| 266 | | | | | | | | | |
| 267 | | | | | | | | | |
| 268 | | | | | | | | | |
| 269 | | | | | | | | | |
| 270 | | | | | | | | | |
| 271 | | | | | | | | | |
| 272 | | | | | | | | | |

|  | V | W | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|---|---|
| 1 |  |  |  |  |  |  |  |  |  |
| 2 |  |  |  |  |  |  |  |  |  |
| 3 | NANCIAL OVERVIEW | MANAGED | BANK |  | ANNUITIES |  |  |  |  |
| 4 |  |  |  |  |  | OUTSIDE | HARD ASSETS |  |  |
| 5 | Inv. Assets | Managed | Bank Deposits | MGD+BANK | OUTSIDE | HARD ASSET | INCOME | ONFIRM MOVE YES/N | Response |
| 6 |  |  |  |  |  |  |  |  |  |
| 7 |  |  |  |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |  | Maybe |  |
| 9 |  |  |  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |  |  |  |
| 11 |  |  |  |  |  |  |  |  |  |
| 12 |  |  |  |  |  |  |  |  |  |
| 13 |  |  |  |  |  |  |  |  |  |
| 14 |  |  |  |  |  |  |  |  |  |
| 15 |  |  |  |  |  |  |  |  |  |
| 16 |  |  |  |  |  |  |  |  |  |
| 17 |  |  |  |  |  |  |  |  |  |
| 18 |  |  |  |  |  |  |  |  |  |
| 19 |  |  |  |  |  |  |  |  |  |
| 20 |  |  |  |  |  |  |  |  |  |
| 21 |  |  |  |  |  |  |  |  |  |
| 22 |  |  |  |  |  |  |  |  |  |
| 23 |  |  |  |  |  |  |  |  |  |
| 24 |  |  |  |  |  |  |  |  |  |
| 25 |  |  |  |  |  |  |  |  |  |
| 26 |  |  |  |  |  |  |  |  |  |
| 27 |  |  |  |  |  |  |  |  | YES |  |
| 28 |  |  |  |  |  |  |  |  |  |
| 29 |  |  |  |  |  |  |  |  |  |
| 30 |  |  |  |  |  |  |  |  |  |
| 31 |  |  |  |  |  |  |  |  |  |
| 32 |  |  |  |  |  |  |  |  |  |
| 33 |  |  |  |  |  |  |  |  |  |
| 34 |  |  |  |  |  |  |  |  |  |
| 35 |  |  |  |  |  |  |  |  |  |
| 36 |  |  |  |  |  |  |  |  |  |
| 37 |  |  |  |  |  |  |  |  |  |
| 38 |  |  |  |  |  |  |  |  |  |
| 39 |  |  |  |  |  |  |  |  |  |
| 40 |  |  |  |  |  |  |  |  |  |
| 41 |  |  |  |  |  |  |  |  |  |
| 42 |  |  |  |  |  |  |  |  |  |
| 43 |  |  |  |  |  |  |  |  |  |
| 44 |  |  |  |  |  |  |  | Maybe | He said he would have to think. |
| 45 |  |  |  |  |  |  |  |  |  |
| 46 |  |  |  |  |  |  |  |  |  |
| 47 |  |  |  |  |  |  |  |  |  |
| 48 |  |  |  |  |  |  |  |  |  |
| 49 |  |  |  |  |  |  |  |  |  |

|    | V | W | X | Y | Z | AA | AB | AC | AD |
|----|---|---|---|---|---|----|----|----|----|
| 50 |   |   |   |   |   |    |    |    |    |
| 51 |   |   |   |   |   |    |    |    |    |
| 52 |   |   |   |   |   |    |    |    |    |
| 53 |   |   |   |   |   |    |    |    |    |
| 54 |   |   |   |   |   |    |    |    |    |
| 55 |   |   |   |   |   |    |    |    |    |
| 56 |   |   |   |   |   |    |    |    |    |
| 57 |   |   |   |   |   |    |    |    |    |
| 58 |   |   |   |   |   |    |    |    |    |
| 59 |   |   |   |   |   |    |    |    |    |
| 60 |   |   |   |   |   |    |    |    |    |
| 61 |   |   |   |   |   |    |    |    |    |
| 62 |   |   |   |   |   |    |    |    |    |
| 63 |   |   |   |   |   |    |    | YES |   |
| 64 |   |   |   |   |   |    |    |    |    |
| 65 |   |   |   |   |   |    |    |    |    |
| 66 |   |   |   |   |   |    |    |    |    |
| 67 |   |   |   |   |   |    |    |    |    |
| 68 |   |   |   |   |   |    |    |    |    |
| 69 |   |   |   |   |   |    |    |    |    |
| 70 |   |   |   |   |   |    |    |    |    |
| 71 |   |   |   |   |   |    |    |    |    |
| 72 |   |   |   |   |   |    |    |    |    |
| 73 |   |   |   |   |   |    |    |    |    |
| 74 |   |   |   |   |   |    |    |    |    |
| 75 |   |   |   |   |   |    |    |    |    |
| 76 |   |   |   |   |   |    |    |    |    |
| 77 |   |   |   |   |   |    |    |    |    |
| 78 |   |   |   |   |   |    |    |    |    |
| 79 |   |   |   |   |   |    |    |    |    |
| 80 |   |   |   |   |   |    |    |    |    |
| 81 |   |   |   |   |   |    |    |    |    |
| 82 |   |   |   |   |   |    |    |    |    |
| 83 |   |   |   |   |   |    |    |    |    |
| 84 |   |   |   |   |   |    |    |    |    |
| 85 |   |   |   |   |   |    |    |    |    |
| 86 |   |   |   |   |   |    |    |    |    |
| 87 |   |   |   |   |   |    |    |    |    |
| 88 |   |   |   |   |   |    |    |    |    |
| 89 |   |   |   |   |   |    |    |    |    |
| 90 |   |   |   |   |   |    |    |    |    |
| 91 |   |   |   |   |   |    |    |    |    |
| 92 |   |   |   |   |   |    |    |    |    |
| 93 |   |   |   |   |   |    |    |    |    |
| 94 |   |   |   |   |   |    |    |    |    |
| 95 |   |   |   |   |   |    |    |    |    |
| 96 |   |   |   |   |   |    |    |    |    |
| 97 |   |   |   |   |   |    |    |    |    |
| 98 |   |   |   |   |   |    |    |    |    |

| | V | W | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|---|---|
| 99 | | | | | | | | | |
| 100 | | | | | | | | | |
| 101 | | | | | | | | | |
| 102 | | | | | | | | | |
| 103 | | | | | | | | | |
| 104 | | | | | | | | | |
| 105 | | | | | | | | | |
| 106 | | | | | | | | | |
| 107 | | | | | | | | | |
| 108 | | | | | | | | | |
| 109 | | | | | | | | | |
| 110 | | | | | | | | | |
| 111 | | | | | | | | | |
| 112 | | | | | | | | | |
| 113 | | | | | | | | | |
| 114 | | | | | | | | | |
| 115 | | | | | | | | | |
| 116 | | | | | | | | | |
| 117 | | | | | | | | | |
| 118 | | | | | | | | | |
| 119 | | | | | | | | | |
| 120 | | | | | | | | | |
| 121 | | | | | | | | | |
| 122 | | | | | | | | | |
| 123 | | | | | | | | | |
| 124 | | | | | | | | | |
| 125 | | | | | | | | | |
| 126 | | | | | | | | | |
| 127 | | | | | | | | | |
| 128 | | | | | | | | | |
| 129 | | | | | | | | | |
| 130 | | | | | | | | | |
| 131 | | | | | | | | | |
| 132 | | | | | | | | | |
| 133 | | | | | | | | | |
| 134 | | | | | | | | | |
| 135 | | | | | | | | | |
| 136 | | | | | | | | | |
| 137 | | | | | | | | | |
| 138 | | | | | | | | | |
| 139 | | | | | | | | | |
| 140 | | | | | | | | | |
| 141 | | | | | | | | | |
| 142 | | | | | | | | | |
| 143 | | | | | | | | | |
| 144 | | | | | | | | | |
| 145 | | | | | | | | | |
| 146 | | | | | | | | | |
| 147 | | | | | | | | | |

|     | V | W | X | Y | Z | AA | AB | AC | AD |
|-----|---|---|---|---|---|----|----|----|----|
| 148 |   |   |   |   |   |    |    |    |    |
| 149 |   |   |   |   |   |    |    |    |    |
| 150 |   |   |   |   |   |    |    |    |    |
| 151 |   |   |   |   |   |    |    |    |    |
| 152 |   |   |   |   |   |    |    |    |    |
| 153 |   |   |   |   |   |    |    |    |    |
| 154 |   |   |   |   |   |    |    |    |    |
| 155 |   |   |   |   |   |    |    |    |    |
| 156 |   |   |   |   |   |    |    |    |    |
| 157 |   |   |   |   |   |    |    |    |    |
| 158 |   |   |   |   |   |    |    |    |    |
| 159 |   |   |   |   |   |    |    |    |    |
| 160 |   |   |   |   |   |    |    |    |    |
| 161 |   |   |   |   |   |    |    |    |    |
| 162 |   |   |   |   |   |    |    |    |    |
| 163 |   |   |   |   |   |    |    |    |    |
| 164 |   |   |   |   |   |    |    |    |    |
| 165 |   |   |   |   |   |    |    |    |    |
| 166 |   |   |   |   |   |    |    |    |    |
| 167 |   |   |   |   |   |    |    |    |    |
| 168 |   |   |   |   |   |    |    |    |    |
| 169 |   |   |   |   |   |    |    |    |    |
| 170 |   |   |   |   |   |    |    |    |    |
| 171 |   |   |   |   |   |    |    |    |    |
| 172 |   |   |   |   |   |    |    |    |    |
| 173 |   |   |   |   |   |    |    |    |    |
| 174 |   |   |   |   |   |    |    |    |    |
| 175 |   |   |   |   |   |    |    |    |    |
| 176 |   |   |   |   |   |    |    |    |    |
| 177 |   |   |   |   |   |    |    |    |    |
| 178 |   |   |   |   |   |    |    |    |    |
| 179 |   |   |   |   |   |    |    |    |    |
| 180 |   |   |   |   |   |    |    |    |    |
| 181 |   |   |   |   |   |    |    |    |    |
| 182 |   |   |   |   |   |    |    |    |    |
| 183 |   |   |   |   |   |    |    |    |    |
| 184 |   |   |   |   |   |    |    |    |    |
| 185 |   |   |   |   |   |    |    |    |    |
| 186 |   |   |   |   |   |    |    |    |    |
| 187 |   |   |   |   |   |    |    |    |    |
| 188 |   |   |   |   |   |    |    |    |    |
| 189 |   |   |   |   |   |    |    |    |    |
| 190 |   |   |   |   |   |    |    |    |    |
| 191 |   |   |   |   |   |    |    |    |    |
| 192 |   |   |   |   |   |    |    |    |    |
| 193 |   |   |   |   |   |    |    |    |    |
| 194 |   |   |   |   |   |    |    |    |    |
| 195 |   |   |   |   |   |    |    |    |    |
| 196 |   |   |   |   |   |    |    |    |    |

|   | V | W | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|----|----|----|----|
| 197 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 198 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 199 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 200 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 201 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 202 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 203 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 204 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 205 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 206 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 207 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 208 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 209 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 210 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 211 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 212 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 213 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 214 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 215 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 216 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 217 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 218 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 219 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 220 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 221 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 222 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 223 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 224 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 225 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 226 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 227 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 228 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 229 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 230 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 231 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 232 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 233 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 234 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 235 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 236 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 237 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 238 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 239 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 240 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 241 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 242 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 243 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 244 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |
| 245 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |   |   |

|     | V | W | X | Y | Z | AA | AB | AC | AD |
|-----|---|---|---|---|---|----|----|----|----|
| 246 |   |   |   |   |   |    |    |    |    |
| 247 |   |   |   |   |   |    |    |    |    |
| 248 |   |   |   |   |   |    |    |    |    |
| 249 |   |   |   |   |   |    |    |    |    |
| 250 |   |   |   |   |   |    |    |    |    |
| 251 |   |   |   |   |   |    |    |    |    |
| 252 |   |   |   |   |   |    |    |    |    |
| 253 |   |   |   |   |   |    |    |    |    |
| 254 |   |   |   |   |   |    |    |    |    |
| 255 |   |   |   |   |   |    |    |    |    |
| 256 |   |   |   |   |   |    |    |    |    |
| 257 |   |   |   |   |   |    |    |    |    |
| 258 |   |   |   |   |   |    |    |    |    |
| 259 |   |   |   |   |   |    |    |    |    |
| 260 |   |   |   |   |   |    |    |    |    |
| 261 |   |   |   |   |   |    |    |    |    |
| 262 |   |   |   |   |   |    |    |    |    |
| 263 |   |   |   |   |   |    |    |    |    |
| 264 |   |   |   |   |   |    |    |    |    |
| 265 |   |   |   |   |   |    |    |    |    |
| 266 |   |   |   |   |   |    |    |    |    |
| 267 |   |   |   |   |   |    |    |    |    |
| 268 |   |   |   |   |   |    |    |    |    |
| 269 |   |   |   |   |   |    |    |    |    |
| 270 |   |   |   |   |   |    |    |    |    |
| 271 |   |   |   |   |   |    |    |    |    |
| 272 |   |   |   |   |   |    |    |    |    |